**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

2301 M CINEMA LLC D/B/A/ WEST END
CINEMA, et al.

                       Plaintiffs,

v.

SILVER CINEMAS ACQUISITION CORP. D/B/A
LANDMARK THEATRES, et al.

                       Defendants.

</td><td>

Civil Action No. 1:17-cv-1990 (EGS)

</td></tr>
</table>

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Defendants, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Silver Cinemas Acquisition Co. dba Landmark Theatres and 2929 Entertainment, LP, which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: October 5, 2017

Respectfully submitted,

By:   _/s/ Barry J, Reingold_
      Barry J. Reingold, Bar No. 942086
      **PERKINS COIE LLP**
      700 Thirteenth Street, N.W., Suite 600
      Washington, D.C.  20005-3960
      Telephone:  (202) 654-6226
      Facsimile:  (202) 654-6211
      BReingold@perkinscoie.com

      Attorney for Defendants

### CERTIFICATE OF SERVICE

I certify that on October 5, 2017, I filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

Date:  October 5, 2017

_/s/ Barry J. Reingold_
Barry J. Reingold