## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
|   | Declaration of Sathya S. Gosselin in Support of Plaintiffs' Motion to Compel |
| A | Landmark's Responses and Objections to Plaintiffs' Requests for Production |
| B | Letter from counsel for Plaintiffs, dated February 4, 2019, to counsel for Landmark |
| C | Letter from Alison Caditz, counsel for Landmark, dated February 11, 2019, to counsel for Plaintiffs |
| D | Letter from counsel for Plaintiffs, dated March 7, 2019, to counsel for Landmark |
| E | Letter from Alison Caditz, counsel for Landmark, dated March 11, 2019, to counsel for Plaintiffs |
| F | Letter from counsel for Plaintiffs, dated March 15, 2019, to counsel for Landmark |
| G | Motion to Compel filed by Landmark's counsel in *Cobb Theatres III, LLC v. AMC Entm't Holdings, Inc.*, No. 1:14-CV-182 (N.D. Ga.) |
| H | Order Granting the Motion to Compel entered in *Cobb Theatres III, LLC v. AMC Entm't Holdings, Inc.*, No. 1:14-CV-182 (N.D. Ga.) |