**INDEX OF EXHIBITS**

| Exhibit | Document |
| --- | --- |
|  | Declaration of Sathya S. Gosselin in Support of Plaintiffs' Opposition to Landmark's Motion to Compel |
| A | Landmark's First Requests for Production to Plaintiffs, dated December 5, 2018 |
| B | Landmark's Initial Disclosures, dated November 15, 2018. |