## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
|  | Declaration of Sarah R. LaFreniere in Support of Plaintiffs' Motion to Compel |
| A | Landmark's Responses and Objections to Plaintiffs' First Interrogatory |
| B | AMC's Responses and Objections to Cobb's Requests for Production, *Cobb Theatres III, LLC v. AMC Entm't Holdings, Inc.*, No. 1:14-CV- 182-ELR-WEJ (N.D. Ga.) |
| C | Memorandum of Law in Support of Cobb's Motion to Compel, *Cobb Theatres III, LLC v. AMC Entm't Holdings, Inc.*, No. 1:14-CV- 182-ELR-WEJ (N.D. Ga.) |
| D | Order Granting Motion to Compel, *Cobb Theatres III, LLC v. AMC Entm't Holdings, Inc.*, No. 1:14-CV-182 (N.D. Ga.) |