UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2301 M CINEMA LLC D/B/A WEST END CINEMA, et al.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SILVER CINEMAS ACQUISITION CO. D/B/A LANDMARK THEATRES, et al.<br><br>　　　　　Defendants. | Civil Action No. 1:17-cv-1990 (EGS) (RMM) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, under the current case schedule, the deadline to add parties and amend pleadings is August 28, 2019, the deadline to serve requests for production, interrogatories, or requests for admission is October 3, 2019, and the deadline for the conclusion of fact discovery is December 4, 2019;

WHEREAS, on November 28, 2018, Plaintiffs served their first set of requests for production of documents, and on December 5, 2018, Defendant Silver Cinemas Acquisition Co. D/B/A Landmark Theatres ("Landmark") served its first set of requests for documents and first set of interrogatories;

WHEREAS, the parties have begun rolling productions of documents and have unresolved discovery disputes;

WHEREAS, all parties agree to extend all deadlines (as provided below) and avoid motion practice at this juncture;

WHEREAS, the parties have agreed to the scheduling adjustments set forth below, while reserving all rights to seek or oppose further scheduling adjustments as appropriate;

THEREFORE, Plaintiffs and Defendant STIPULATE and AGREE to the following, subject to the Court's approval:

| Event | Deadline |
| --- | --- |
| Deadline to amend pleadings/join additional parties | October 9, 2019 |
| Last day to serve requests for production, interrogatories, or requests for admission on parties | November 14, 2019 |
| Deadline for Plaintiffs to disclose the name(s) and curriculum vitae of their experts serving opening expert reports; deadline for Landmark to disclose the name(s) and curriculum vitae of their experts serving opposition expert reports | January 2, 2020 |
| Completion of fact discovery | January 29, 2020 |
| Deadline for Plaintiffs to serve opening expert report(s) | March 13, 2020 |
| Deadline for Landmark to serve opposition expert report(s) | April 23, 2020 |
| Deadline for Plaintiffs to serve rebuttal expert report(s) | June 2, 2020 |
| Deadline to depose experts submitting reports and close of expert discovery | July 3, 2020 |
| Deadline to file motions for summary judgment or *Daubert* motions | August 10, 2020 |

| | |
|---|---|
| Deadline to file responses to motions for summary judgment or *Daubert* motions | September 8, 2020 |
| Deadline to file replies concerning motions for summary judgment or *Daubert* motions | September 23, 2020 |
| Pre-trial conference | 20 days after any order denying in whole or in part motions for summary judgment |
| Trial | 60 days following pre-trial conference |

\* \* \* \* \* \* \* \*

IT IS SO ORDERED.

Dated: _____, 2019

_____
The Honorable Emmet G. Sullivan
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2019 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

By:  */s/ Sathya Gosselin*
Sathya Gosselin