UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2301 M CINEMA LLC D/B/A WEST END CINEMA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SILVER CINEMAS ACQUISITION CO. D/B/A LANDMARK THEATRES, et al.<br><br>Defendants. | Civil Action No. 1:17-cv-1990 (EGS) (RMM) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, under the current case schedule, the deadline to add parties and amend pleadings was October 9, 2019, the deadline to serve requests for production, interrogatories, or requests for admission is November 14, 2019, and the deadline for the conclusion of fact discovery is January 29, 2020;

WHEREAS, on November 28, 2018, Plaintiffs served their first set of requests for production of documents, and on December 5, 2018, Defendant Silver Cinemas Acquisition Co. D/B/A Landmark Theatres ("Landmark") served its first set of requests for documents and first set of interrogatories;

WHEREAS, on March 21, 2019, Plaintiffs served a motion to compel production of documents, and Landmark responded in opposition to Plaintiffs' motion on March 25, 2019;

WHEREAS, on March 21, 2019, Landmark served a motion to compel interrogatory responses and supplementation of initial disclosures, and Plaintiffs responded in opposition to Landmark's motion on March 25, 2019;

WHEREAS, Plaintiffs served a motion to compel an interrogatory response on April 30, 2019, Landmark opposed that motion on May 24, 2019, and Plaintiffs replied on May 31, 2019;

WHEREAS, on October 8, 2019, Plaintiffs served a motion to compel Landmark to apply certain search terms to its search for and production of documents, and Landmark responded to that motion on October 15, 2019;

WHEREAS, on October 8, 2019, Landmark served a motion for a protective order related to a 30(b)(6) deposition and Plaintiffs responded to that motion on October 15, 2019;

WHEREAS, the outcome of the pending motions will govern forthcoming discovery;

WHEREAS, the parties have substantially completed agreed-upon productions of documents;

WHEREAS, all parties agree to extend all deadlines (as provided below);

WHEREAS, the parties have agreed to the scheduling adjustments set forth below, while reserving all rights to seek or oppose further scheduling adjustments as appropriate;

THEREFORE, Plaintiffs and Defendant STIPULATE and AGREE to the following, subject to the Court's approval:

| Event | Deadline |
| --- | --- |
| Deadline to amend pleadings/join additional parties | January 9, 2020 |
| Last day to serve requests for production, interrogatories, or requests for admission on parties | February 14, 2020 |
| Deadline for Plaintiffs to disclose the name(s) and curriculum vitae of their experts serving opening expert reports; deadline for Landmark to disclose the name(s) and | April 2, 2020 |

| | |
|---|---|
| curriculum vitae of their experts serving opposition expert reports | |
| Completion of fact discovery | April 29, 2020 |
| Deadline for Plaintiffs to serve opening expert report(s) | June 15, 2020 |
| Deadline for Landmark to serve opposition expert report(s) | July 27, 2020 |
| Deadline for Plaintiffs to serve rebuttal expert report(s) | September 4, 2020 |
| Deadline to depose experts submitting reports and close of expert discovery | October 2, 2020 |
| Deadline to file motions for summary judgment or *Daubert* motions | November 10, 2020 |
| Deadline to file responses to motions for summary judgment or *Daubert* motions | December 8, 2020 |
| Deadline to file replies concerning motions for summary judgment or *Daubert* motions | December 22, 2020 |

\* \* \* \* \* \* \* \*

IT IS SO ORDERED.

Dated: _____, 2019

_____
The Honorable Emmet G. Sullivan
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on November 12, 2019 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.


By:  */s/ Sarah LaFreniere*
     Sarah LaFreniere